SCWC-14-0000504

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

JERRY HALVORSEN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000504; CASE NO. 3P8110000164)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Jerry Halvorsen's

Application for Writ of Certiorari, filed on February 16, 2016.

is hereby rejected.

DATED: Honolulu, Hawaiʻi, March 29, 2016.

James S. Tabe
for Petitioner/Defendant-
Appellant

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

